EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Walter Vivaldi Olivieri | 2008 TSPR 113 <br><br> 174 DPR ____ |

Número del Caso: TS-3455


Fecha: 27 de junio de 2008


Abogada de la Parte Peticionaria:

        Por Derecho Propio


Colegio de Abogados de Puerto Rico:


        Lcdo. José M. Montalvo Trías
        Director Ejecutivo


Materia: Autorización de baja voluntaria al Colegio de Abogados

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

TS-3455

Walter Vivaldi Olivieri

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 27 de junio de 2008.

Atendidas la Solicitud de baja voluntaria como miembro del Colegio de Abogados presentada por el Lcdo. Walter Vivaldi Olivieri y la Moción solicitando autorización a baja voluntaria presentada por el Colegio de Abogados de Puerto Rico, se autoriza la baja voluntaria del Lcdo. Walter Vivaldi Olivieri.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo